```
                          FILED by  GM    D.C.
                          ELECTRONIC

                          August 26, 2009

                          STEVEN M. LARIMORE
                          CLERK U.S. DIST. CT.
                          S.D. OF FLA. - MIAMI
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| PHD RESEARCH GROUP, INC., | § § § | |
| Plaintiff, | § | Civil Action No. _____ |
| v. | § § § | **09-CV-22504-COOKE/BANDSTRA** |
| PANASONIC CORP. OF NORTH AMERICA, and COOLER MASTER USA INC., | § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § § | |

### PLAINTIFFS' ORIGINAL COMPLAINT

Plaintiff PhD Research Group, Inc ("PRG" or "Plaintiff"), by and through its undersigned counsel, files this Original Complaint against Panasonic Corp. of North America and Cooler Master USA Inc., (collectively, "Defendants") as follows:

### NATURE OF THE ACTION

1. This is a patent infringement action to stop Defendants' infringement of Plaintiff's United States Patent No. 6,408,937, entitled "Active Cold Plate/Heat Sink" (the "'937 patent"; a copy of which is attached hereto as Exhibit A). PRG is the assignee and legal owner of the '937 patent. PRG seeks injunctive relief and monetary damages.

1

## PARTIES

2. Plaintiff PhD Research Group, Inc. is a corporation organized and existing under the laws of the State of Florida with a principal place of business at 2332 Galiano Street, 2nd Floor, Coral Gables, Florida 33134. PRG is the assignee of all rights, title, and interest in and to the '937 patent. Plaintiff possesses the entire right to sue for infringement and recover past damages.

3. Upon information and belief, Defendant Panasonic Corp. of North America ("Panasonic") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at One Panasonic Way, Secaucus, New Jersey 07094.

4. Upon information and belief, Defendant Cooler Master USA Inc. (Cooler Master) is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 4820 Schaefer Avenue, Chino, California 91710.

## JURISDICTION AND VENUE

5. This action arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, including 35 U.S.C. §§ 271, 281, 283, 284, and 285. This Court has subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §§ 1331 and 1338(a).

6. The Court has personal jurisdiction over each Defendant because: each Defendant has minimum contacts within the State of Florida and the Southern District of Florida; each Defendant has purposefully availed itself of the privileges of conducting business in the State of Florida and in the Southern District of Florida; each Defendant has sought protection and benefit from the laws of the State of Florida; each Defendant regularly conducts business within the State of Florida and within the Southern District of Florida; and Plaintiffs' causes of action arise

directly from Defendants' business contacts and other activities in the State of Florida and in the Southern District of Florida.

7.  More specifically, each Defendant, directly and/or through intermediaries, ships, distributes, offers for sale, sells, and/or advertises (including the provision of an interactive web page) its products and services in the United States, the State of Florida, and the Southern District of Florida. Upon information and belief, each Defendant has committed patent infringement in the State of Florida and in the Southern District of Florida, has contributed to patent infringement in the State of Florida and in the Southern District of Florida, and/or has induced others to commit patent infringement in the State of Florida and in the Southern District of Florida. Each Defendant solicits customers in the State of Florida and in the Southern District of Florida. Each Defendant has many paying customers who are residents of the State of Florida and the Southern District of Florida and who each use respective Defendant's products and services in the State of Florida and in the Southern District of Florida.

8.  Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. §§ 1391 and 1400(b).

## COUNT I – PATENT INFRINGEMENT

9.  United States Patent No. 6,408,937, entitled "Active Cold Plate/Heat Sink," was duly and legally issued by the United States Patent and Trademark Office on June 25, 2002 after full and fair examination. Plaintiff is the assignee of all rights, title, and interest in and to the '937 patent, and possesses all rights of recovery under the '937 patent, including the right to sue for infringement and recover past damages.

3

10. Upon information and belief, Panasonic has infringed and continues to infringe one or more claims of the '937 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, hardware that utilizes a liquid for cooling electronic components. Upon information and belief, Panasonic has also contributed to the infringement of one or more claims of the '937 patent, and/or actively induced others to infringe one or more claims of the '937 patent, in this district and elsewhere in the United States.

11. Upon information and belief, Cooler Master has infringed and continues to infringe one or more claims of the '937 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, hardware that utilizes a liquid for cooling electronic components. Upon information and belief, Cooler Master has also contributed to the infringement of one or more claims of the '937 patent, and/or actively induced others to infringe one or more claims of the '937 patent, in this district and elsewhere in the United States.

12. Each Defendant's aforesaid activities have been without authority and/or license from Plaintiff.

13. Plaintiff is entitled to recover from the Defendants the damages sustained by Plaintiff as a result of the Defendants' wrongful acts in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

14. Defendants' infringement of Plaintiff's exclusive rights under the '937 patent will continue to damage Plaintiff, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

## JURY DEMAND

15. Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court find in its favor and against Defendants, and that the Court grant Plaintiff the following relief:

A. An adjudication that one or more claims of the '937 patent have been infringed, either literally and/or under the doctrine of equivalents, by one or more Defendants and/or by others to whose infringement Defendants have contributed and/or by others whose infringement has been induced by Defendants;

B. An award to Plaintiff of damages adequate to compensate Plaintiff for the Defendants' acts of infringement together with pre-judgment and post-judgment interest;

C. That one or more of the Defendants' acts of infringement be found to be willful from the time that Defendants became aware of the infringing nature of their actions, which is the time of filing of Plaintiff's Original Complaint at the latest, and that the Court award treble damages for the period of such willful infringement pursuant to 35 U.S.C. § 284;

D. A grant of permanent injunction pursuant to 35 U.S.C. § 283, enjoining the Defendants from further acts of (1) infringement, (2) contributory infringement, and (3) actively inducing infringement with respect to the claims of the '937 patent;

E. That this Court declare this to be an exceptional case and award Plaintiff reasonable attorneys' fees and costs in accordance with 35 U.S.C. §285; and

F. Any further relief that this Court deems just and proper.

Respectfully submitted,

Dated: August 26, 2009

_____
Alex Alvarez, Esq.
Fla. Bar No. 946346
E-mail: alex@integrityforjustice.com
Phillip E. Holden, Esq.
Fla. Bar No. 14395
Email: phillip@integrityforjustice.com
**THE ALVAREZ LAW FIRM**
355 Palermo Avenue
Coral Gables, FL 33134
Telephone: (305) 444-7675
Facsimile: (305) 444-0075

*Of Counsel*:
John F. Ward, Esq.
E-mail: wardj@wardolivo.com
John W. Olivo, Jr., Esq.
E-mail: olivoj@wardolivo.com
David M. Hill, Esq.
E-mail: hilld@wardolivo.com
**WARD & OLIVO**
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866

W. Lewis Garrison, Jr., Esq.
E-mail: wlgarrison@hgdlawfirm.com
Timothy C. Davis, Esq.
E-mail: tim@hgdlawfirm.com
**HENINGER GARRISON & DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332

6

        Doug Bridges
        **HENINGER GARRISON DAVIS**
        1 Glenlake Parkway, Suite 700
        Atlanta, Georgia 30328
        Telephone: 678-638-6309
        Dbridges@hgdlawfirm.com


        **ATTORNEYS FOR PLAINTIFF,**
        **PHD RESEARCH GROUP, INC.**

7

# EXHIBIT A



US006408937B1

(12) **United States Patent**
Roy

(10) Patent No.: **US 6,408,937 B1**
(45) Date of Patent: **Jun. 25, 2002**

(54) **ACTIVE COLD PLATE/HEAT SINK**

(76) Inventor: **Sanjay K. Roy**, P.O. Box 248433, Coral Gables, FL (US) 33124

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/713,109**

(22) Filed: **Nov. 15, 2000**

(51) Int. Cl.$^7$ ............................................... F28D 15/00
(52) U.S. Cl. ........................... 165/104.33; 165/104.22; 165/104.25; 165/104.31; 361/700; 257/715; 257/716; 174/15.1
(58) **Field of Search** ............................. 165/80.3, 80.4, 165/80.5, 104.33, 104.34, 104.22, 104.28, 104.31; 361/699, 700; 257/715, 716; 174/15.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,609,991 A | * 10/1971 | Chu et al. | 165/104.25 |
| 5,020,586 A | 6/1991 | Mansingh | 165/80.3 |
| 5,309,319 A | 5/1994 | Messina | 361/699 |
| 5,316,077 A | * 5/1994 | Reichard | 165/104.28 |
| 5,390,077 A | 2/1995 | Paterson | 361/700 |
| 5,441,102 A | * 8/1995 | Burward-Hoy | 165/104.25 |
| 5,731,954 A | * 3/1998 | Cheon | 174/15.1 |
| 5,763,951 A | 6/1998 | Hamilton et al. | 257/714 |
| 5,864,466 A | 1/1999 | Remsburg | 361/700 |
| 5,950,714 A | 9/1999 | Schneider et al. | 165/80.3 |
| 6,019,165 A | * 2/2000 | Batchelder | 165/80.4 |
| 6,021,844 A | * 2/2000 | Batchelder | 165/80.3 |
| 6,141,217 A | * 10/2000 | Nakahama et al. | 165/104.33 |

* cited by examiner

Primary Examiner—Henry Bennett
Assistant Examiner—Terrell McKinnon
(74) Attorney, Agent, or Firm—Frank L. Kubler

(57) **ABSTRACT**

A heat sink apparatus for gathering and dissipating heat from a heat source having a heat source housing includes an impeller chamber having a chamber interior containing a heat transfer fluid and comprising a heat transfer wall for transferring heat from the heat source into the chamber; a heat transfer fluid within the chamber; a fluid circulation path including the chamber interior; a fluid propelling mechanism for propelling the fluid through the circulation path and across the heat transfer wall so that the fluid absorbs heat at the heat transfer wall and flows to a heat discharge region remote from the heat transfer wall where the heat is dissipated into the surrounding environment; where the fluid propelling mechanism includes a mechanical fluid driving structure including blades within the chamber rotatably secured to the apparatus with a blade mounting structure to move adjacent to and along the heat transfer wall and within the flow layer of the fluid adjacent to the heat transfer wall to mechanically force convection of the fluid close to the heat transfer wall. The blades preferably include an impeller having a central impeller hub and several impeller blades secured to and extending radially from the central impeller hub adjacent to and along the heat transfer wall and within the flow layer of the fluid adjacent to the heat transfer wall.

**24 Claims, 3 Drawing Sheets**





FIG. 1

U.S. Patent    Jun. 25, 2002    Sheet 2 of 3    US 6,408,937 B1



FIG. 2



FIG. 3

FIG. 4

US 6,408,937 B1

# ACTIVE COLD PLATE/HEAT SINK

## STATEMENT OF GOVERNMENT RIGHTS

This invention was made with Government support under contract DAAE07-98-C-L021 awarded by U.S. Army TACOM. The Government has certain rights in this invention.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to the field of heat sink devices such as cold plates for transferring heat away from a heat source such as an electronic component or board to maintain the component within an optimum operating temperature range, so that the component can operate continuously and with maximized efficiency. A typical heat source would be an IGBT module used in power electronics such as in rectifiers, inverters and in welding equipment. More specifically the present invention relates to an active heat sink in the form of a cooling fluid circulating apparatus containing a fluid circulation path which is configured to prevent the formation of stagnant fluid dead spaces and which mechanically moves fluid at high velocity adjacent to the heat source.

The apparatus includes a housing containing a heat transfer chamber which in turn contains a heat transfer fluid, part of the chamber being defined by a heat transfer wall through which heat is received from the heat source, a fluid circulation path, a heat dissipating enclosure and fluid propelling means for causing the fluid to circulate through the circulation path and across the heat transfer wall so that the fluid absorbs heat from the heat transfer wall and flows into the heat dissipating enclosure remote from the heat transfer wall where the heat is dissipated into the surrounding environment. The fluid propelling means is preferably an impeller mounted so that the impeller blades pass very close to the heat transfer wall.

### 2. Description of the Prior Art

There have long been heat transfer devices in the form of heat sinks and cold plates for transferring heat away from various electronic elements so that the temperatures of these devices remain within acceptable limits so that the devices operate at higher efficiency and require less shut down time for cooling. These have included simple heat sinks mounted on individual components to provide larger surface areas for enhanced dissipation of heat to the surrounding atmosphere either by natural or forced convection. For high power systems, entire boards have been mounted on liquid-cooled heat exchangers such as cold plates which transfer the waste heat to the atmosphere via a liquid-air radiator. The entire flow loops usually include pumps, valves, drive motors, other components as required for specific applications.

Paterson, U.S. Pat. No. 5,390,077, issued on Feb. 14, 1995, discloses an integrated circuit cooling device having an internal baffle. Paterson includes a cooling fluid chamber which rests on top of a heat source and contains cooling fluid in both liquid and gaseous phases. The cooling fluid evaporates within the chamber, rises between two upwardly tapering barrier structures to emerge from the middle of these structures and make contact with cooler upper and side chamber walls having heat fins, where it condenses and falls back around the outer periphery of the barrier structures into the liquid phase pool of cooling fluid.

Remsburg, U.S. Pat. No. 5,864,466, issued on Jan. 26, 1999 teaches a thermosyphon-powered jet-impingement cooling device similar in general design to Paterson, except that the condensed cooling fluid returns to the pool of liquid fluid at the center of the barrier structure and causes a boundary layer minimizing jet action against the heat source abutting wall of the chamber.

Other liquid and gaseous fluid flow cooling devices found in the search are Schneider, et al., U.S. Pat. No. 5,950,714, issued on Sep. 14, 1999 for a tubular cooling apparatus for an electronic component, the tube containing a venturi member; Messina, U.S. Pat. No. 5,309,319, issued on May 3, 1994 for an integral cooling system for electric components; Mansingh, U.S. Pat. No. 5,020,586, issued on Jun. 4, 1991 for an air-cooled heat exchanger for electronic circuit modules; and Reichard, U.S. Pat. No. 5,316,077, issued on May 31, 1994 for a heat sink for electrical circuit components.

It is thus an object of the present invention to provide a heat sink apparatus containing a heat transfer fluid which transfers heat away from a heat source through a heat transfer wall with greater efficiency than existing cold plates by mechanically forcing cooling fluid flow within the flow layer of the fluid along the heat transfer wall.

It is another object of the present invention to provide such a heat sink apparatus which distributes fluid uniformly over the entire heat transfer wall so that there are no dead spaces in which fluid flow is substantially static.

It is still another object of the present invention to provide such a heat sink apparatus in which very high heat transfer rates are possible over large surface areas, system pressures are relatively low, both modular and integrated designs are feasible, special heat transfer fluids can be used in modules, and in which design is scalable.

It is yet another object of the present invention to provide such a heat sink apparatus which provides an internal pumping effect so that the external pump may be omitted in many cases.

It is finally an object of the present invention to provide such a heat sink apparatus which is economical to manufacture and reliable.

## SUMMARY OF THE INVENTION

The present invention accomplishes the above-stated objectives, as well as others, as may be determined by a fair reading and interpretation of the entire specification.

A heat sink apparatus is provided for gathering and dissipating heat from a heat source having a heat source housing, the apparatus including an impeller chamber having a chamber interior containing a heat transfer fluid and comprising a heat transfer wall for transferring heat from the heat source into the chamber; a heat transfer fluid within the chamber; a fluid circulation path including the chamber interior; a fluid propelling mechanism for propelling the fluid through the circulation path and across the heat transfer wall so that the fluid absorbs heat at the heat transfer wall and flows to a heat discharge region remote from the heat transfer wall where the heat is dissipated into the surrounding environment; where the fluid propelling mechanism includes a mechanical fluid driving structure including blades within the chamber rotatably secured to the apparatus with a blade mounting structure to move adjacent to and along the heat transfer wall and within the flow layer of the fluid adjacent to the heat transfer wall to mechanically force convection of the fluid close to the heat transfer wall.

The impeller chamber preferably includes a first chamber end wall and a second chamber end wall and a circumfer-

| 3 | 4 |

ential side wall sealingly interconnecting the first chamber end wall and the second chamber end wall, and where the first chamber end wall is the heat transfer wall and where the second chamber end wall includes an outer periphery and a central fluid entry port and a fluid exit port at the outer periphery of the first chamber end wall; so that the fluid is delivered into the chamber through the fluid entry port and the fluid impinges upon an opposing central region of the first chamber end wall and flows radially outward from the central region in all directions, across the first chamber end wall and toward the circumferential side wall, and then diverts away from the first chamber end wall, through the fluid exit port and into the heat dissipating enclosure from which heat gathered from the heat source is dissipated into the outside environment, and the fluid within the heat dissipating chamber then flows again through the fluid entry port into the chamber thereby completing a repeating flow cycle.

The central fluid port preferably contains a fluid guide tube extending substantially perpendicular to the second chamber end wall, so that the fluid guide tube receives and passes fluid as the fluid passes from the heat dissipating enclosure into the chamber. The blades preferably include an impeller having a central impeller hub and several impeller blades secured to and extending radially from the central impeller hub adjacent to and along the heat transfer wall and within the flow layer of the fluid adjacent to the heat transfer wall, and includes an impeller drive shaft joined to the impeller hub and passing through the fluid entry port and sealingly through a drive shaft port in the heat dissipating enclosure. The heat transfer fluid may flow through an axial passageway in the impeller drive shaft and/or around the shaft, between the shaft and the edges of the opening for the drive shaft. The impeller drive shaft is preferably the fluid guide tube.

The apparatus preferably additionally includes an electric impeller drive motor drivably connected to the impeller drive shaft, and an electric motor power circuit and a motor power source within the motor power circuit. Fan blades are preferably provided on the impeller drive shaft outside the heat dissipating enclosure for blowing air over the heat dissipating enclosure.

The heat dissipating enclosure preferably includes a heat dissipating enclosure wall with an enclosure wall outer surface comprising a surface area increasing structure. The surface area increasing structure preferably includes at least one heat fin. The heat transfer wall in most cases is planar to fit snugly against a heat source housing surface, and the heat transfer wall is pressed against the heat source housing to maximize heat transfer. Alternatively, the heat transfer wall is integral with the heat sink housing so that the heat transfer wall is also a wall of the heat sink housing.

The apparatus optionally additionally includes a tube passing through the heat dissipating enclosure to enhance cooling using a second heat transfer fluid. The apparatus optionally includes a turbine drivably connected to the impeller shaft, and the heat transfer fluid is pumped through the turbine at high pressure to drive it and the impeller. The impeller drive shaft optionally includes at least one fluid mixing blade extending laterally from the impeller drive shaft within the heat dissipating enclosure.

Where heat transfer wall is curved, the fluid drive mechanism optionally includes a vane pump with the impeller passing within the fluid layer adjacent to the heat transfer wall, or optionally includes a driven belt passing within the fluid layer along the heat transfer wall.

BRIEF DESCRIPTION OF THE DRAWINGS

Various other objects, advantages, and features of the invention will become apparent to those skilled in the art from the following discussion taken in conjunction with the following drawings, in which:

FIG. 1 is a cross-sectional side view of the apparatus having a coiled tube external heat dissipating enclosure.

FIG. 2 is a cross-sectional side view of the apparatus having an integral heat dissipating enclosure within a common housing with the impeller chamber and an impeller electric drive motor.

FIG. 3 is a view as in FIG. 2 with a second heat transfer fluid circuit and pump functioning to carry heat away from the first heat transfer fluid within the heat dissipating enclosure.

FIG. 4 is a cross-sectional side view of the belt fluid drive alternative to the impeller, passing within the fluid layer adjacent to the heated surface.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

As required, detailed embodiments of the present invention are disclosed herein; however, it is to be understood that the disclosed embodiments are merely exemplary of the invention which may be embodied in various forms. Therefore, specific structural and functional details disclosed herein are not to be interpreted as limiting, but merely as a basis for the claims and as a representative basis for teaching one skilled in the art to variously employ the present invention in virtually any appropriately detailed structure.

Reference is now made to the drawings, wherein like characteristics and features of the present invention shown in the various FIGURES are designated by the same reference numerals.

First Preferred Embodiment

Referring to FIGS. 1–3, an active heat sink is disclosed in the form of a cooling fluid circulating apparatus 10 for transferring heat away from a heat source H such as an electrical component, apparatus 10 containing a fluid circulation path P which is configured to prevent the formation of stagnant fluid dead spaces and which mechanically moves fluid at high velocity within the region adjacent to the heat source H.

Apparatus 10 includes an apparatus housing 12 containing an impeller chamber 20 which in turn contains a heat transfer fluid F, part of the chamber 20 being defined by a heat transfer wall 22 through which heat is received from the heat source H, a fluid circulation path P, a heat dissipating enclosure 40 and fluid propelling means 60 for causing the fluid F to circulate through the circulation path P and across the heat transfer wall 22 so that the fluid F absorbs heat from the heat transfer wall 22 and flows to the heat dissipating enclosure 40 remote from the heat transfer wall 22 where absorbed heat is dissipated into the surrounding environment.

Heat transfer wall 22 is preferably made of aluminum or other high thermal conductivity material and is preferably planar to fit snugly against most heat source H housings such as those of electronic components, and is preferably either pressed against the heat source H housing to maximize heat transfer or is manufactured integrally with the heat source H housing so that the heat transfer wall 22 is also a wall of the heat source H housing.

US 6,408,937 B1

5

Impeller chamber **20** is arbitrarily shown as cylindrical, having a diameter which is several times the axial length of the chamber **20**. A disk-shaped first chamber end wall is the heat transfer wall **22**, and an opposing disk-shaped second chamber end wall **24** has a fluid entry port **26** at its center and has a fluid exit port **28** at its perimeter. A circumferential side wall **32** integrally interconnects the first and second chamber end walls **22** and **24**, respectively.

Fluid F is delivered into the chamber **20** through the fluid entry port **26** so that the fluid F impinges upon the opposing center region of the disk-shaped first chamber end wall **22** and flows radially outward from the center region in all directions, across the first chamber end wall **22** and toward the circumferential side wall **32**. As the fluid F reaches the circumferential side wall **32** it diverts away from the first chamber end wall **22** and into the fluid exit port **28**. From the fluid exit port **28** the fluid F passes into and through the heat dissipating enclosure **40** where the heat gathered from the heat source H is transferred to the outside environment.

The fluid cooling path P may be entirely internal to the apparatus housing **12** as illustrated in FIGS. **2** or **3**. In this case, the heat is dissipated from the heat dissipating enclosure **40** through the heat dissipating enclosure wall **42** which becomes integral with the circumferential side wall **32**. Alternatively, the heat dissipating enclosure **40** may be external to the housing **12**, taking the form of an external tube **84**, which may be coiled, as in FIG. **1** or concentric tubes (not shown) with a second heat transfer fluid passing through the outer concentric tube, as is common in vapor condenser design, or may take the form of a tube extending within the housing **12**. External tube **84** optionally includes a supplemental pump (not shown) to increase the rate of fluid circulation.

Fluid F exits the heat dissipating enclosure **40** and reenters the impeller chamber **20** through a fluid guide tube **44** passing through fluid entry port **26** in the second chamber end wall **24**, so that the circulation cycle repeats. For the case where the fluid cooling path P is entirely internal, the fluid guide tube **44** may include lateral tube openings **46** through which fluid F is received from the heat dissipating enclosure **40**.

A key inventive feature of apparatus **10** is the inclusion of a fluid driving structure as the fluid propelling means for mechanically forcing fluid F to flow within the region adjacent to the heat transfer wall **22**. In most cases, this would be within 0.5 mm of the surface of the heat transfer wall **22**, to increase the rate of heat transfer through the heat transfer wall **22** from the heat source H. The preferred fluid driving structure is an impeller **60** mounted within the chamber **20** so that the impeller blades **62** extend radially, in a straight or curved fashion, from the cylinder axis of the chamber **20** outwardly to approach the circumferential side wall **32**. The impeller **60** is optionally partially shrouded, with the shrouding disk on the side of the impeller blades **62** adjacent to the second chamber end wall **24** to enhance fluid velocity at heat transfer wall **22**. The impeller **60** is preferably mounted on an impeller drive shaft **44***a*. The fluid guide tube **44** preferably functions as the impeller drive shaft, so that fluid F adjacent to the end of the impeller drive shaft does not remain stagnant, but is propelled against the heat transfer wall **22** with jet impingement. The impeller drive shaft **44***a* preferably is driven by an electric motor **64** mounted to the exterior of the heat dissipating enclosure **40**, and the impeller drive shaft **44***a* extends through a drive shaft port **46** in the heat dissipating enclosure **40** into the motor **64**. See FIG. **2**. The impeller drive shaft **44***a* optionally extends through the motor **64** and out of the opposing

6

side of the motor **64**, and fan blades **66** are preferably attached to the end of the impeller drive shaft **44***a* protruding out of the motor **64** so that fan blades **66** rotate with the impeller **60** and propel air outside apparatus housing **12** over the exterior of the heat dissipating enclosure **40** to accelerate heat transfer through and out of the heat dissipating enclosure wall **42**. Alternatively, a magnetic, hydraulic, pneumatic, belt **94**, gear or other drive (not shown) may be substituted for motor **64**. Heat fins **80** or other surface area increasing structures are preferably provided on the exterior of the heat dissipating enclosure wall **42** to further accelerate the dissipation of heat through the wall **42**. It is also contemplated that the impeller **60** be driven by the circulation of the fluid F through its fluid circulation path P by an integrated turbine drive system.

It is further contemplated that the heat transfer wall **22** is optionally large enough relative to the sizes of the heat sources H that several heat sources H may be mounted to the heat transfer wall **22** of a single apparatus **10** in a radial/circumferential fashion.

A liquid or gas heat exchanger **70** may be provided including an internal cooling coil **90** in the form of a second heat transfer fluid passing tube **86** passing through the heat dissipating enclosure **40** in a surface area maximizing coiled configuration. This tube **86** carries a second heat transfer fluid F2 which may be delivered by a second heat transfer fluid pump **88**.

A stirrer may be provided in the form of radial mixing blades **96** or rods on the impeller drive shaft **44***a* within the heat dissipating enclosure **40** to enhance heat dissipating efficiency. See FIG. **2**.

Alternative Configuration

The geometry of the above configuration is axisymmetric. Thus instead of a planar geometry, the first chamber end wall **22** in alternative designs can have a spherical, conical or other similar axisymmetric shape. The impeller **60** and impeller blades **62** must then be modified to match the shape of the first chamber end wall **22**.

While the heat transfer wall **22** is usually planar, or sometimes axisymmetric, the use of otherwise configured heat transfer walls **22** is also contemplated where the heat source H housing is similarly configured. For example, a belt **94** may be used where the heat transfer wall **22** is planar or curved but not axisymmetric. See FIG. **4**. Alternatively, configurations similar to axial flow or rotary pumps (e.g. vane pumps) or compressors may be utilized when the heat transfer wall **22** is cylindrical.

As another variation, it is contemplated that the impeller may remain stationary relative to the impeller chamber **20** and the jet impingement of heat transfer fluid F at the center of the impeller is sufficient to throw the fluid F radially outward between the impeller blades **62** in a straight or curved path depending on the geometry of the impeller blades **62**.

As yet another variation, the heat transfer fluid F may flow around impeller drive shaft **44***a* through a central annular opening in the impeller shroud, from which the rotation of impeller **60** directs the fluid F radially outward. This configuration is suited to applications in which the heat load at the central region of the first chamber wall **22** is low so that jet impingement is not necessary, for example in a case where multiple heat sources H are distributed around the heat transfer wall **22** radially outward from the impeller center.

In many applications with low heat loads in the central region of the heat transfer wall **22** as above, the fluid flow

US 6,408,937 B1

| 7 | 8 |

path P may also be configured in a reverse manner such that the fluid exit port 28 functions as an entry port and the fluid entry port 26 functions as an exit port. In these cases, the designs may be based on a stationary impeller or a turbine drive system.

While the invention has been described, disclosed, illustrated and shown in various terms or certain embodiments or modifications which it has assumed in practice, the scope of the invention is not intended to be, nor should it be deemed to be, limited thereby and such other modifications or embodiments as may be suggested by the teachings herein are particularly reserved especially as they fall within the breadth and scope of the claims here appended.

I claim as my invention:

1. A heat sink apparatus for gathering and dissipating heat from a heat source having a heat source housing, the apparatus comprising:
   an impeller chamber having a chamber interior and containing a heat transfer fluid and comprising a heat transfer wall for transferring heat from said heat source into said chamber;
   a heat transfer fluid within said chamber;
   a fluid circulation path including said chamber interior which is configured to prevent the formation of stagnant fluid dead spaces;
   and fluid propelling means for propelling said fluid through said circulation path and across said heat transfer wall such that said fluid absorbs heat at said heat transfer wall and flows to a heat discharge region remote from said heat transfer wall where the heat is dissipated into the surrounding environment;
   wherein said fluid propelling means comprising a mechanical fluid driving structure for rapidly moving fluid across a wall adjacent to the heat source;
   wherein the heat transfer wall comprises one of: a planar surface, and an axisymmetric surface;
   wherein said fluid propelling means comprises a rotating impeller forcing the fluid in a radial fashion over said heat transfer wall;
   wherein said heat discharge region comprises a heat dissipating enclosure, and wherein said impeller chamber comprises a first chamber end wall and a second chamber end wall and a circumferential side wall sealingly interconnecting said first chamber end wall and said second chamber end wall, and wherein said first chamber end wall is said heat transfer wall and wherein said second chamber end wall comprises an outer periphery and a substantially central fluid entry port and a fluid exit port at said outer periphery of said second chamber end wall;
   such that said fluid is delivered into said chamber through said fluid entry port and said fluid impinges upon an opposing substantially central region of said first chamber end wall and flows radially outward from the substantially central region in all directions, across said first chamber end wall and toward said circumferential side wall, and then diverts away from said first chamber end wall, through said fluid exit port and into said heat dissipating enclosure from which heat gathered from said heat source is dissipated into the outside environment, and the fluid within said heat dissipating enclosure then flows again through said fluid entry port into said chamber thereby completing a repeating flow cycle.

2. The apparatus of claim 1, wherein said central fluid port contains a fluid guide tube extending substantially perpendicular to said second chamber end wall, such that said fluid guide tube receives and passes fluid as said fluid passes from said heat dissipating enclosure into said impeller chamber.

3. The apparatus of claim 1, wherein said fluid propelling means comprises an impeller having a central impeller hub and a plurality of impeller blades secured to and extending radially from said central impeller hub adjacent to and along said heat transfer wall and within the layer of said fluid adjacent to said heat transfer wall, and comprises an impeller drive shaft joined to said impeller hub and passing through said fluid entry port and sealingly through a drive shaft port in said heat dissipating enclosure.

4. The apparatus of claim 3, wherein said impeller drive shaft is said fluid guide tube.

5. The apparatus of claim 3, additionally comprising impeller drive means drivably connected to said impeller drive shaft.

6. The apparatus of claim 3, additionally comprising fan blades on said impeller drive shaft outside said heat dissipating enclosure for blowing air over said heat dissipating enclosure.

7. The apparatus of claim 1, wherein said heat dissipating enclosure comprises a heat dissipating enclosure wall with an enclosure wall outer surface comprising a surface area increasing structure.

8. The apparatus of claim 7 wherein said surface area increasing structure comprises at least one heat fin.

9. The apparatus of claim 1, wherein said heat transfer wall is integral with the heat sink housing such that said heat transfer wall is also a wall of the heat sink housing.

10. The apparatus of claim 4, wherein said fluid guide tube comprises a lateral opening within said heat dissipating enclosure for receiving said fluid.

11. The apparatus of claim 5, wherein said impeller drive means comprises one of: an electric motor, a hydraulic drive, a pneumatic drive, a belt drive, a gear drive, a magnetic drive, and an integrated turbine drive.

12. The apparatus of claim 3, wherein said impeller drive shaft comprises at least one fluid mixing blade extending laterally from said impeller drive shaft within said heat dissipating enclosure.

13. The apparatus of claim 1, wherein the impeller comprises mechanical fluid driving structure including blade means within said chamber rotatably secured to said apparatus with blade mounting means to move adjacent and along said heat transfer wall to mechanically force said fluid close to said heat transfer wall.

14. A heat sink apparatus for gathering heat from a heat source having a heat source housing, the apparatus comprising:
   a heat sink chamber having a chamber interior and containing a heat transfer wall for transferring heat from said heat source into said chamber; said heat sink chamber comprising a first chamber end wall and a second chamber end wall and a circumferential side wall sealingly interconnecting said first chamber end wall and second chamber end wall; wherein said first chamber end wall is said heat transfer wall and wherein said second chamber end wall comprises an outer periphery and a central fluid entry port and a fluid exit port at said outer periphery of said second chamber end wall;
   a fluid circulation path including said chamber interior which is configured to prevent the formation of stagnant fluid dead spaces;
   and fluid directing means for directing said fluid through said fluid circulation path and across said heat transfer

US 6,408,937 B1

9

wall such that said fluid absorbs heat at said heat transfer wall and flows to a heat discharge region remote from said heat transfer wall where heat is dissipated into the surrounding environment, said fluid directing means comprising a stationary structure directing the fluid in a radial fashion over said heat transfer wall;

wherein said stationary structure comprises a plurality of blades extending radially from said central fluid entry port adjacent to and along heat transfer wall and within the layer of said fluid adjacent to said heat transfer wall;

such that said fluid is delivered into said chamber through said chamber entry port and said fluid impinges upon an opposing central region of said first chamber end wall and flows radially outward from the central region in all directions, across said first chamber end wall and towards circumferential side wall, and then diverts away from said first chamber end wall, through said fluid exit port to said heat discharge region from where heat is dissipated into the outside environment, then flows back again through said fluid entry port into said chamber thereby completing a repeating flow cycle.

15. A heat sink apparatus for gathering and dissipating heat from a heat source having a heat source housing using a heat transfer fluid, the apparatus comprising:

an impeller chamber having a chamber interior and containing the heat transfer fluid and comprising a heat transfer wall for transferring heat from said heat source into said chamber, said chamber containing the heat transfer fluid;

a fluid circulation path including said chamber interior which is configured to prevent the formation of stagnant fluid dead spaces; and

fluid propelling means for propelling said fluid through said circulation path and across said heat transfer wall such that said fluid absorbs heat at said heat transfer wall and flows to a heat discharge region remote from said heat transfer wall where the heat is dissipated into the surrounding environment;

wherein said fluid propelling means comprising a mechanical fluid driving structure for rapidly moving fluid across a wall adjacent to the heat source;

wherein the heat transfer wall comprises one of: a planar surface, and an axisymmetric surface;

wherein said fluid propelling means comprises a rotating impeller forcing the fluid in a radial fashion over said heat transfer wall;

wherein said impeller chamber comprises a first chamber end wall and a second chamber end wall and a circumferential side wall sealingly interconnecting said first chamber end wall and said second chamber end wall, and wherein said first chamber end wall is said heat transfer wall and wherein said second chamber end wall comprises an outer periphery and a substantially central fluid entry port and a fluid exit port at said outer periphery of said second chamber end wall;

such that said fluid is delivered into said chamber through said fluid entry port and said fluid impinges upon an opposing substantially central region of said first chamber end wall and flows radially outward from the substantially central region in all directions, across said first chamber end wall and toward said circumferential side wall, and then diverts away from said first chamber end wall, through said fluid exit port.

16. The apparatus of claim 15, wherein said substantially central fluid port contains a fluid guide tube extending

10

substantially perpendicular to said second chamber end wall, such that said fluid guide tube receives and passes fluid as said fluid passes from said heat dissipating enclosure into said impeller chamber.

17. The apparatus of claim 15, wherein said fluid propelling means comprises an impeller having a substantially central impeller hub and a plurality of impeller blades secured to and extending radially from said substantially central impeller hub adjacent to and along said heat transfer wall and within the layer of said fluid adjacent to said heat transfer wall, and comprises an impeller drive shaft joined to said impeller hub and passing through said fluid entry port and sealingly through a drive shaft port in said heat dissipating enclosure.

18. The apparatus of claim 17, wherein said impeller drive shaft is said fluid guide tube.

19. The apparatus of claim 17, additionally comprising impeller drive means drivably connected to said impeller drive shaft.

20. The apparatus of claim 15, wherein said heat transfer wall is integral with the heat sink housing such that said heat transfer wall is also a wall of the heat sink housing.

21. The apparatus of claim 19, wherein said impeller drive means comprises one of: an electric motor, a hydraulic drive, a pneumatic drive, a belt drive, a gear drive, a magnetic drive, and an integrated turbine drive.

22. The apparatus of claim 17, wherein said impeller drive shaft comprises at least one fluid mixing blade extending laterally from said impeller drive shaft within said heat dissipating enclosure.

23. A heat sink apparatus for gathering and dissipating heat from a heat source having a heat source housing using a heat transfer fluid, the apparatus comprising:

an impeller chamber having a chamber interior and containing the heat transfer fluid and comprising a fluid entry port and a fluid exit port and a heat transfer wall for transferring heat from said heat source into said chamber, said chamber containing the heat transfer fluid;

a fluid circulation path including said chamber interior which is configured to prevent the formation of stagnant fluid dead spaces;

and fluid propelling means for propelling said fluid through said circulation path and across said heat transfer wall such that said fluid absorbs heat at said heat transfer wall and flows to a heat discharge region remote from said heat transfer wall where the heat is dissipated into the surrounding environment;

wherein said fluid propelling means comprising a mechanical fluid driving structure for rapidly moving fluid across a wall adjacent to the heat source;

wherein the heat transfer wall comprises one of: a planar surface, and an axisymmetric surface;

wherein said fluid propelling means comprises a rotating impeller forcing the fluid over said heat transfer wall;

wherein said impeller chamber comprises a first chamber end wall and a second chamber end wall and a circumferential side wall interconnecting said first chamber end wall and said second chamber end wall, and wherein said heat transfer wall is one of said first chamber end wall, said second chamber end wall and said circumferential side wall;

such that said fluid is delivered into said chamber through said fluid entry port and exits through said exit port.

24. A heat sink apparatus for gathering and dissipating heat from a heat source having a heat source housing using a heat transfer fluid, the apparatus comprising:

US 6,408,937 B1

| 11 | 12 |

an impeller chamber having a chamber interior and containing the heat transfer fluid and comprising a substantially central fluid entry port and a fluid exit port and a heat transfer wall for transferring heat from said heat source into said chamber, said chamber containing the heat transfer fluid;

a fluid circulation path including said chamber interior which is configured to prevent the formation of stagnant fluid dead spaces;

and fluid propelling means for propelling said fluid through said circulation path and across said heat transfer wall such that said fluid absorbs heat at said heat transfer wall and flows to a heat discharge region remote from said heat transfer wall where the heat is dissipated into the surrounding environment;

wherein said fluid propelling means comprising a mechanical fluid driving structure for rapidly moving fluid across a wall adjacent to the heat source;

wherein the heat transfer wall comprises one of: a planar surface, and an axisymmetric surface;

wherein said fluid propelling means comprises a rotating impeller forcing the fluid over said heat transfer wall;

such that said fluid is delivered into said chamber through said fluid entry port and exits through said exit port.

\* \* \* \* \*

<tr>
<td>
<tr>
</tr>
</td>
</tr>

<tr>
<td>
<tr>
</tr>
</td>
</tr>

<tr>
<td>
<tr>
</tr>
</td>
</tr>

<tr>
<td>
<tr>
</tr>
</td>
</tr>

<tr>
<td>
<tr>
</tr>
</td>
</tr>

<tr>
<td>
<tr>
</tr>
</td>
</tr>

<tr>
<td>
<tr>
</tr>
</td>
</tr>

<tr>
<td>
<tr>
</tr>
</td>
</tr>

<tr>
<td>
<tr>
</tr>
</td>
</tr>

<tr>
<td>
<tr>
</tr>
</td>
</tr>

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __SD/FL - Miami Division__ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT SD/FL - Miami Division |
|---|---|---|
| PLAINTIFF<br><br>PhD Research Group, Inc. | | DEFENDANT<br><br>Panasonic Corp. of North America, et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,408,937 | 6/25/2002 | PhD Research Group, Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed**

August 26, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## I. (a) PLAINTIFFS
PhD Research Group, Inc.

### DEFENDANTS
Panasonic Corp. of North America and Cooler Master USA, Inc.

(b) County of Residence of First Listed Plaintiff: Miami-Dade, FL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Hudson, NJ
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
The Alvarez Law Firm
355 Palermo Avenue
Coral Gables, Florida 33134, Telephone Number: (305) 444-7675

Attorneys (If Known)

(d) Check County Where Action Arose: ✓ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
✓ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

09cv22504-COOKE/BANDSTRA

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ✓ NO    b) Related Cases ☐ YES ✓ NO
JUDGE                    DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. Section 1 et seq. including 35 U.S.C. Sections 271, 281, 283, 284, and 285, Patent Infringement

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ✓ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE 8/26/09

FOR OFFICE USE ONLY
AMOUNT $350   RECEIPT # 1007282
08/26/09